# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2983

_____

| | |
|---|---|
| John G. Vah, | * |
| | * |
| Petitioner, | * |
| | *  Petition for Review of |
| v. | *  an Order of the Board |
| | *  of Immigration Appeals. |
| Eric H. Holder, Jr.,[1] Attorney General | * |
| of the United States, | *  [UNPUBLISHED] |
| | * |
| Respondent. | * |

_____

Submitted: December 2, 2009
Filed:  December 7, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

John G. Vah, a native and citizen of Liberia, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT).  We conclude substantial evidence supports the BIA's determination that Vah did not meet his burden of proof for asylum because he was not subjected to

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

past persecution in Liberia and he does not have a well-founded fear of future persecution in Liberia. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review); Uli v. Mukasey, 533 F.3d 950, 956 (8th Cir. 2008) (past persecution); Vonhm v. Gonzales, 454 F.3d 825, 826-27 (8th Cir. 2006) (well-founded fear of future persecution). Vah's withholding-of-removal and CAT claims--which carry more rigorous burdens of proof--necessarily fail as well, see Gitimu v. Holder, 581 F.3d 769, 774 (8th Cir. 2009), and Vah did not meet his burden for a grant of humanitarian asylum, see Francois v. INS, 283 F.3d 926, 932 (8th Cir. 2002).

Accordingly, Vah's petition for review is denied.

_____